## ELECTRONIC RECORD

COA # 05-12-01668-CR _____ OFFENSE: 20.04 _____

STYLE: Donald Stevenson v. The State of Texas _____ COUNTY: Dallas _____

COA DISPOSITION: AFFIRM _____ TRIAL COURT: 265th Judicial District Court _____

DATE: 7/17/2014 _____ Publish: NO _____ TC CASE #: F12-54028-R _____

## IN THE COURT OF CRIMINAL APPEALS

**1033-14**
**1034-14**

STYLE: Donald Stevenson v. The State of Texas _____ CCA #: _____

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: NOVEMBER 26 2014

JUDGE: _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**